# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

141476

MARY B. MYERS, Personal Representative
of the Estate of INEZ MAE MYERS, Deceased
Plaintiff-Appellee,

v

MARSHALL MEDICAL ASSOCIATES, P.C.,
and THOMAS M. DOBBINS, M.D.,
Defendants-Appellants

and

JAMES G. DOBBINS, M.D., and
TENDERCARE OF MARSHALL,
Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141476
COA: 295686
Calhoun CC: 2005-001314-NH

On order of the Court, the application for leave to appeal the June 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

Clerk

y1209